Irvin Willis Veale
  Appellant

v.  07-11-00228-CR

The State of Texas
  Appellee

From the 108th District Court
  Of Potter County

February 13, 2012

Opinion by Justice Hancock

J U D G M E N T

Pursuant to the opinion of the Court, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o